# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3708

_____

| | | |
|---|---|---|
| Rheshie Doobay, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the Southern |
| Iowa State University of Science and | * | District of Iowa. |
| Technology; Iowa State Board of | * | |
| Regents; James Judy, | * | [UNPUBLISHED] |
| | * | |
| Appellees. | * | |

_____

Submitted: April 23, 1999

Filed: May 10, 1999

_____

Before BEAM and HANSEN, Circuit Judges, and MOODY,[1] District Judge.

_____

PER CURIAM.

Rheshie Doobay, a plant services supervisor for Iowa State University(ISU), appeals the grant of summary judgment in favor of ISU Science and Technology, ISU Board of Regents, and James Judy. Doobay alleges unlawful employment discrimination and retaliation because of his national origin, race, and/or color in

_____

[1]The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas, sitting by designation.

violation of 42 U.S.C. §§ 2000e et seq. (Title VII), Iowa Code Chapter 216 and 42 U.S.C. § 1981. The charges arise out of a decision by ISU to demote Doobay following an internal investigation. At the conclusion of the internal investigation, Doobay was found to have violated ISU's sexual harassment policy.

Having reviewed the record in connection with the parties' briefs, we conclude as did the district court,[2] that there is no genuine issue of material fact and summary judgment is appropriate. Extensive analysis would serve no useful precedential purpose. We therefore affirm without further discussion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[2]The Honorable Robert W. Pratt, United States District Judge for the Southern District of Iowa.